# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **WEARABLE COMPUTING LLC,**<br><br>   Plaintiff,<br><br>  v.<br><br>**GOPRO, INC.,**<br>   Defendant. | **Civil Action No. 2:16-cv-918-RWS**<br><br>**JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

Pursuant to Plaintiff Wearable Computing LLC's Motion to Dismiss With Prejudice, and the Court's Order of Dismissal of Defendant GoPro, Inc. With Prejudice, the Court hereby enters **FINAL JUDGMENT** in the above-captioned case.

The Clerk of the Court is directed to close this case.

**SIGNED this 15th day of February, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE